# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| John Doe | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 25-cv-03821-MJD-DTS |
| Minnesota State High School League, The, St. Thomas Academy | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims alleged herein are **DISMISSED with prejudice**;

2. All claims alleged herein are **DISMISSED without costs or disbursements or attorneys' fees to any party**; and

3. This action is **DISMISSED with prejudice**.

Date: 10/15/2025

KATE M. FOGARTY, CLERK